IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICKY COOLEY                                                                                          PLAINTIFF

VS.                                     CASE NO. 3:11CV00112 JMM

FORCUM LANNOM CONTRACTORS, LLC.                                            DEFENDANT

ORDER

Travelers Insurance Company's Motion for Leave to Intervene is granted (#15).

Travelers Insurance Company is directed to file its Complaint in Intervention on, or before, May 14, 2012.

IT IS SO ORDERED this __8__ day of May, 2012.

_____
James M. Moody
United States District Judge